## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

### *Lippert v. Schriro, et al.*

THE HONORABLE JOHN W. SEDWICK          2:06-cv-02039 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          **July 10, 2007**

At docket 13, Magistrate Judge Anderson recommends that the petition at docket 1 be denied on the grounds that it was not timely filed.  No objections have been filed. In a matter such as this, the district judge reviews the recommended conclusions of law and any recommended findings of fact as to which objection has been made *de novo*, while reviewing recommended findings of fact as to which no objection has been made for clear error.  Applying that standard of review, this court finds no fault with the thorough and carefully reasoned report prepared by Judge Anderson.  Accordingly, this court **ADOPTS** the recommending findings and conclusions at docket 13.  Based thereon, the petition at docket 1 is **DENIED**.